UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Calvin Gibson
                    Plaintiff(s),                    Case Management Plan

        - v -                                        08 CV. 7735 (RMB)

Craigslist
                    Defendant(s).
------------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by _____

(ii) Amend the pleadings by  10/23/08 (final for amendment)

(iii) All discovery to be **expeditiously** completed by _____

(iv) Consent to Proceed before Magistrate Judge _____

(v) Status of settlement discussions _____

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions  by 11/6/08; response by 11/20/08; reply by 12/2/08

(vii) Oral Argument  on submission

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other  Page limits apply

SO ORDERED: New York, New York
            10/16/08

                                                    RMB
                                        Hon. Richard M. Berman, U.S.D.J.