UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALVIN GIBSON,<br><br>       **Plaintiff,**<br><br>  -against-<br><br>CRAIGSLIST, INC.,<br><br>       **Defendant.** | 08 CV 7735 (RMB)<br><br>**NOTICE OF APPEARANCE**<br><br>*Document Filed Electronically* |

SIRS:

  PLEASE TAKE NOTICE that Justin N. Kinney, Esq. of Coughlin Duffy LLP hereby enters his appearance in this action as counsel for Defendant, craigslist, Inc.

Dated: New York, New York      COUGHLIN DUFFY LLP
   November 5, 2008

                /s/ Justin N. Kinney
               Justin N. Kinney (JNK 8531)
               Wall Street Plaza
               88 Pine Street, 5th Floor
               New York, NY 10005
               (212) 483-0105