UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALVIN GIBSON,       Plaintiff, <br><br> v. <br><br> CRAIGSLIST, INC.       Defendant. | 08 CV 7735 (RMB) <br> ECF CASE <br><br> **RULE 7.1 STATEMENT** <br><br> *Document Electronically Filed* |

**PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL OF RECORD FOR A CORPORATE (NON-GOVERNMENTAL) PARTY CERTIFIES AS FOLLOWS:**

Defendant CRAIGSLIST, INC. ("craigslist") has no parent corporation. eBay Domestic Holdings, Inc. is a publicly held corporation that owns 10% or more of craigslist's stock.

COUGHLIN DUFFY LLP

By: */s/ Justin N. Kinney*
    JUSTIN N. KINNEY (JNK 8531)

Wall Street Plaza
88 Pine Street
New York, NY 10005
(212) 483-9490

and

Elizabeth McDougall
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendant craigslist*

Dated: November 6, 2008