UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN GIBSON,

                Plaintiff,

-against-

CRAIGSLIST, INC.,

                Defendant.

08 Cv. 7735 (RMB)

ORDER GRANTING MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

Upon reading and consideration of the papers submitted in support of the Motion To Admit Counsel *Pro Hac Vice* of Elizabeth L. McDougall, Esq. by Defendant, craigslist, Inc., it is

ORDERED that the Motion is hereby granted. **Subject to payment of fee to Clerk.**

DATED:    New York, New York
             11/10, 2008

                                        RMB
                            Hon. Richard M. Berman, U.S.D.J.