UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GIBSON,

                         Plaintiff,

          - against -

CRAIGSLIST, INC.,

                        Defendant.
------------------------------------------------------------x

08 Civ. 7735 (RMB)

**ADMINISTRATIVE ORDER**

      The Court directs the parties to appear at a conference on May 11, 2009 at 9:00 a.m. in Courtroom 21D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated: New York, New York
       May 1, 2009

                                          **Richard M. Berman, U.S.D.J.**