# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

Wall Street Plaza
88 Pine Street, 5th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.coughlinduffy.com

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

RECEIVED
MAY 07 2009
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.


USDC SDNY
DATE FILED: 5/8/09

JUSTIN N. KINNEY
Direct Dial: (212) 612-4983
jkinney@coughlinduffy.com

May 6, 2009

**VIA OVERNIGHT MAIL**

Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Conference adjourned to 5/21/09
SO ORDERED: @ 9:00 AM
RMB
RICHARD M. BERMAN U.S.D.J.
5/8/09

Re: Calvin Gibson v. Craigslist, Inc.
Docket No.: 08 Civ. 7735 (RMB)
Our File No.: A0047-00141

Dear Judge Berman:

This firm represents defendant craigslist, Inc. in this matter. I submit this letter in accordance with Your Honor's individual practices to request an adjournment of the Court ordered conference scheduled for May 11, 2009 at 09:00 AM. The reason for this request is that I will be unable to attend the conference on May 11, 2009 due to a previously scheduled, family vacation.

We received notice of the Court ordered conference through electronic filing on May 4, 2009. This is the first time we are requesting an adjournment for this conference. To our knowledge, the requested adjournment does not affect any other scheduled dates as respects this matter. We have also conferred with Plaintiff's counsel, who has consented

244190

COUGHLIN DUFFY LLP

to the adjournment of this conference. Pursuant to your clerk's instructions, we have discussed dates on which all counsel are available and propose the following as possible dates for the rescheduled conference, subject of course to the Court's schedule: May 21, 22 and 26, and June 1 and 2.

Based on the foregoing, we respectfully request that the Court reschedule the conference originally scheduled for May 11, 2009. Thank you for your consideration of this matter.

Respectfully yours,

COUGHLIN DUFFY LLP

Justin Kinney

cc: Paul B. Dalnoky, Esq. (via facsimile & overnight mail)
45 East 7th Street, #103
New York, NY 10003
(212) 260-4386
Attorney for Plaintiff

and

Elizabeth L. McDougall, Esq. (via electronic mail)