DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 6/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GIBSON,

                Plaintiff,

    -against-

CRAIGLIST, INC.,

               Defendant.
------------------------------------------------------X

08 CIVIL 7735 (RMB)

**JUDGMENT**

       Defendant having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), plaintiff having moved for sanctions, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on June 15, 2009, having rendered its Decision and Order granting defendant's motion to dismiss, and denying plaintiff's application for sanctions, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 15, 2009, defendant's motion to dismiss is granted, and plaintiff's application for sanctions is denied; accordingly, the case is closed.

**Dated:** New York, New York
           June 16, 2009

                                            **J. MICHAEL McMAHON**
                                                Clerk of Court
                               BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____